**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CR 05-425-PHX-MHM |
|     Petitioner, ) | CV 06-780-PHX-MHM |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Darwin Espinal-Orellana, ) | |
|     Respondent. ) | |
| ) | |

      Respondent, Darwin Espinal-Orellana, filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 on July 24, 2006. Petitioner filed its response in opposition on October 10, 2006. Respondent filed its reply on November 6, 2006.

      The Magistrate Judge filed his Report and Recommendation on May 23, 2007 recommending that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence be denied.

      In her Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has long since expired and no objections to the Report and Recommendation have been filed.

      The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

1  IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
2  as the order of this Court.
3  IT IS FURTHER ORDERED that Respondent's Motion to Vacate, Set Aside, or
4  Correct Sentence is denied [Doc. 28].
5  DATED this 28th day of May, 2008.

Mary H. Murguia
United States District Judge